JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN O'NEILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARNIVAL CORPORATION & PLC, et al.,<br><br>　　　　　Defendants. | Case No.  CV 20-6218-GW-MRWx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　　Based upon the Notice of Dismissal [56], filed on June 15, 2021, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

　　　IT IS SO ORDERED.

Dated: June 17, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE